UNITED STATES  DISTRICT COURT

Northern District of California

ST PAUL SURPLUS LINES,                                    No. C 10-05567 MEJ

                        Plaintiff(s),          **ORDER RE CASE MANAGEMENT**
         v.                                    **STATEMENT DEADLINE**

CLIPPER SQUARE,

                        Defendant(s).
_____/

On February 25, 2011, the Court granted the parties' stipulated request to continue certain case management deadlines in this case.  Dkt. No. 33.  As the current timing provides that the parties file a joint case management statement three days prior to the case management conference, and the original deadline provided that the statement be filed seven days prior, the Court ORDERS the parties to file the joint case management statement, consent/declinations, and Rule 26(f) report by April 7, 2011.  All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: March 22, 2011

                                               _____
                                               Maria-Elena James
                                               Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California