UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ST PAUL SURPLUS LINES,<br><br>    Plaintiff(s),<br>    v.<br>CLIPPER SQUARE,<br><br>    Defendant(s).<br>_____/ | No. C 10-05567 MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a case management conference on April 14, 2011. As the parties have filed a notice of settlement, the Court hereby VACATES the April 14 cmc.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge