UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ST PAUL SURPLUS LINES INSURANCE, | No. C 10-5567 MEJ |
| Plaintiff, | **ORDER RE: CASE STATUS** |
| v. | |
| CLIPPER SQUARE, LLC | |
| Defendant. | |

On March 28, 2011, the parties in the above-captioned case filed a notice of settlement, in which they stated that they intended to file a dismissal within 30 days. As no further filings have been made, the Court ORDERS the parties to file a dismissal or joint status report by June 23, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge