

GRANTED
Judge Maria-Elena James

JOHN H. PODESTA, ESQ., SBN 154706
DAVID P. MCDONOUGH, ESQ., SBN 250251
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

Attorneys for Defendants and Counter-Claimants, CLIPPER SQUARE, LLC; CLIPPER SQUARE, INC.; PHILIP RICHARDSON; LAURENCE O. MATHEWS; RONALD M. KATZ; and KMR PROPERTIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Delaware Corporation, <br><br> Plaintiff <br><br> vs. <br><br> CLIPPER SQUARE, LLC, et al. <br><br> Defendants <br><br> AND RELATED CROSS ACTIONS. | Case No: C 10-05567 MEJ <br><br> **JOINT STATUS REPORT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Pursuant to the Court's Order Re: Case Status filed on June 1, 2011, the parties to this action provide the following joint status report. The only remaining active part of the case surrounds the Third Party complaint of Clipper Square.

The parties have reached a settlement of all claims, counterclaims, and the third party claims by and between all parties. The settlement agreement requires payments of certain sums to Legal Cost Consultants. The only third party defendant that has not made the payment called for under the agreement is Certain Underwriters and Lloyds, London.

1

JOINT STATUS REPORT

Certain Underwriters at Lloyds, London is represented by counsel, but the settlement occurred prior to the answer being required. A copy of this status report is being sent to counsel and they will be served with any order that follows. On May 26, 2011, we were informed from counsel for Certain Underwriters and Lloyds, London in the underlying case that it would take 60 days to issue its final payment.

The parties to this action respectfully request the court to extend the time to file a dismissal or joint status report until August 30, 2011.

Dated: June 22, 2011

BRANSON, BRINKOP, GRIFFITH & STRONG LLP

By: _____
John H. Podesta, Esq.
Attorneys for Defendants and Counter-Claimants,
CLIPPER SQUARE, LLC; CLIPPER SQUARE, INC.; PHILIP RICHARDSON; LAURENCE O. MATHEWS; RONALD M. KATZ; and KMR PROPERTIES, LLC

Dated: June 22, 2011

BLACK, COMPEAN, HALL & ELI, LLP

By: _____
Daniel Eli, Esq.
Eve S. Senuty, Esq.
Attorneys for Plaintiff and Counter-Defendant,
St. PAUL SURPLUS LINES INSURANCE COMPANY

Case 3:10-cv-05567-MEJ   Document 40   Filed 06/23/11   Page 3 of 3

St. Paul Surplus Lines Ins. Co. v. Clipper Square, LLC, et al.
U.S. District Court – Northern District – Case No. C 10-05567 MEJ

# PROOF OF SERVICE -- CCP 1013, 2015.5

I declare that: I am employed in the County of San Mateo, California. I am over the age of eighteen (18) and not a party to the within entitled cause; my business address is 643 Bair Island Road, Suite 400, Redwood City, California 94063.

On the date below, in the manner indicated, I caused the within document(s):

## JOINT STATUS REPORT

to be served on the party(s) or their attorney(s) of record in this action:

[ ] **Via Mail:** That I am readily familiar with our business practice for collection and processing of mail. On the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service that same day in the ordinary course of business, that the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence is placed for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] **Via Overnight Courier:** I caused each envelope to be delivered via overnight mail by Federal Express.

[ ] **Via Facsimile:** I instructed such to be transmitted via facsimile to the office(s) of the addressee(s).

[X] **Via Electronic Service:** At the time of the Electronic filing, a PDF copy of said document(s) was transmitted through the court's CM/ECF electronic filing program.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **June 22, 2011,** at Redwood City, California.

*Kim Perez* (signature)

Kim Perez

PROOF OF SERVICE