Daniel Eli, Esq., State Bar No. 192019
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Suite 3350
Los Angeles, CA  90017
Telephone: (213) 629-9500
Facsimile: (213) 629-4868

Attorneys for Plaintiff
St. Paul Surplus Lines Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIPPER SQUARE, LLC, et al.,<br><br>Defendants. | Case No.  C 10-05567 MEJ<br>[Assigned to Judge Maria-Elena James]<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss Action With Prejudice among Plaintiff St. Paul Surplus Lines Insurance Company ("St. Paul") and Defendants, Counterclaimants and Third Party Complainants Clipper Square, LLC; Clipper Square, Inc.; Philip Richardson; Laurence O. Mathews; Ronald M. Katz; and KMR Properties, LLC (collectively, "the Parties"), the Court hereby orders that this action is dismissed with prejudice in its entirety.  Said dismissal extends to the operative pleadings filed by said parties, namely:

-1-
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1. The Amended Complaint filed by Plaintiff St. Paul Surplus Lines Insurance Company ("St. Paul") on December 9, 2010; and

2. The Answer to Amended Complaint and Third Party Complaint filed by Defendants, Counterclaimants and Third Party Complainants Clipper Square, LLC; Clipper Square, Inc.; Philip Richardson; Laurence O. Mathews; Ronald M. Katz; and KMR Properties, LLC, on January 31, 2011.

This dismissal with prejudice extends to all claims, counterclaims and third-party claims pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), with each party bearing its own costs and fees, subject to this Court's continuing jurisdiction to enforce the Confidential Settlement Agreement and Release as set forth in the Stipulation to Dismiss Action with Prejudice.

Dated: August 30, 2011, 2011 _____
Maria-Elena James
Judge, United States District Court

H:\DATA\spt\4335\Pleadings\Prop Order of Dismissal w-Prejud.doc